Alvaran v New Jersey Tr. Corp. (2025 NY Slip Op 00394)

Alvaran v New Jersey Tr. Corp.

2025 NY Slip Op 00394

Decided on January 28, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 28, 2025

Before: Webber, J.P., Friedman, Scarpulla, Rosado, O'Neill Levy, JJ. 

Index No. 152106/19 Appeal No. 3581 Case No. 2023-00121 

[*1]Miguel Alvaran, Plaintiff-Respondent,
v
New Jersey Transit Corporation, et al., Defendants-Appellants.

DeCotiis, FitzPatrick, Cole & Giblin, LLP, New City (John A. Stone of counsel), for appellants.
Roth & Khalife, LLP, New York (Ronald H. Roth of counsel), for respondent.

Order, Supreme Court, New York County (James G. Clynes, J.), entered July 11, 2022, which denied defendants' motion to dismiss the complaint against them for lack of jurisdiction, unanimously affirmed, without costs.
Defendants' motion to dismiss is premised on their being an arm of the State of New Jersey, which may invoke the doctrine of sovereign immunity. However, the Court of Appeals has recently determined that defendants are not an arm of New Jersey and are not entitled to invoke sovereign immunity (see Colt v New Jersey Tr. Corp., — NY3d —, 2024 NY Slip Op 05867, *7 [2024]). Accordingly, we find that the court properly denied defendants' motion, and find it unnecessary to reach the additional issues raised by the parties. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 28, 2025